**2011–0136. State v. Wharton.**

Ross App. No. 09CA3132, 2010-Ohio-4775. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, O'DONNELL, and McGEE BROWN, JJ., dissent.

**2011–0147. State v. Richey.**

Stark App. No. 2010CA00274. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON, and McGEE BROWN, JJ., dissent.

**2011–0160. State v. Zonou.**

Hamilton App. No. C–090903. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, C.J., dissents.

**2011–0185. State v. Colley.**

Scioto App. No. 09CA3323, 2010-Ohio-4834. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., dissent.

**2011–0189. State v. Raleigh.**

Clermont App. Nos. CA2009–08–046 and CA2009–08–047, 2010-Ohio-2966. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2011–0200. State v. McCumbers.**

Summit App. No. 25169, 2010-Ohio-6129. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed January 19, 2011:

"Whether, for the purpose of enhancing the offense level in an OVI case, the [s]tate is required to prove the prior OVI convictions by providing a judgment of conviction executed in conformity with Crim.R. 32(C)?"

PFEIFER, J., dissents.

The conflict case is *State v. Finney,* Fulton App. No. F–06–009, 2006-Ohio-5770.

**2011–0202. State v. Qualls.**

Meigs App. No. 10CA8, 2010-Ohio-5316. On review of order certifying a conflict. The court determines that a conflict exists. The parties shall brief the issue stated at page 6 of the court of appeals' Entry filed January 13, 2011:

"If a defendant is notified about postrelease control at the sentencing hearing, but that notification is inadvertently omitted from the sentencing entry, can that omission be corrected with a nunc pro tunc entry?"

PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *State v. Lee,* Lucas App. No. L–09–1279, 2010-Ohio-1704.

**2011–0222. In re Guardianship of Soltesz.**

Erie App. No. E–10–063. On motion for stay of court of appeals' judgment. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2011–0223. In re Guardianship of Soltesz.**

Erie App. No. E–10–057. On motion for stay of court of appeals' judgment. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2011–0278. State v. Slates.**

Summit App. No. 25019, 2011-Ohio-295. On motions for stay of court of appeals' judgment and for bail pending appeal. Motions denied.

McGEE BROWN, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2010–2138. Spencer v. FHI, L.L.C.**

Miami App. No. 09–CA–44, 2010-Ohio-5288.

PFEIFER, LANZINGER, and McGEE BROWN, JJ., dissent.